IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DOREL JENKINS** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| | : | |
| **WARDEN JOHN DELANEY,** | : | |
| **TIMOTHY BOGAN, Philadelphia** | : | |
| **Police Officer, Badge # 3358 (3358) and** | : | |
| **MAGISTRATE JAMES O'BRIEN** | : | **NO. 19-1022** |

### ORDER

**NOW**, this 14th day of August, 2020, upon consideration of the petition for a writ of *habeas corpus* (Document No. 1), the response to the petition, and the Report and Recommendation filed by United States Magistrate Judge Carol Sandra Moore Wells (Document No. 46), and the petitioner's objections to the Report and Recommendation, and after a thorough and independent review of the record, it is **ORDERED** that:

1. The petitioner's objections are **OVERRULED**;

2. The Report and Recommendation of Magistrate Judge Carol Sandra Moore Wells is **APPROVED** and **ADOPTED**;

2. The petition for writ of *habeas corpus* is **DISMISSED WITHOUT PREJUDICE**; and,

3. There is no probable cause to issue a certificate of appealability.

/s/ TIMOTHY J. SAVAGE J.